UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CYTEK BIOSCIENCES, INC.,<br><br>    Defendant | Case No. 25-mc-157 |

**NOTICE OF FILING OF PUBLIC EXHIBITS**

PLEASE TAKE NOTICE that the following exhibits to the Declaration of Omar Khan in Support of Danaher Corporation's Motion to Quash attached hereto are filed publicly:

- Exhibit 1 – First Amended Complaint filed by Beckman Coulter, Inc. against Cytek Biosciences, Inc. (Dated 01/09/2025)

- Exhibit 2 – Cytek Biosciences, Inc.'s Answer to the Amended Complaint (Dated 02/06/2025)

- Exhibit 3 – Cytek's First Set of Requests for Production to Beckman Coulter (Requests Nos. 1–48, Dated 11/15/2024)

- Exhibit 4 – Cytek's Second Set of Requests for Production to Beckman Coulter (Requests Nos. 49–70, Dated 03/11/2025)

- Exhibit 5 – Cytek's Third Set of Requests for Production to Beckman Coulter (Requests Nos. 71–77, Dated 07/02/2025)

- Exhibit 8 – Cytek's Notice of Rule 30(b)(6) Deposition to Beckman Coulter (Dated 11/15/2024)

- Exhibit 13 – Joint Stipulation and Proposed Order Amending Scheduling Order (Dated 09/29/2025)

Dated: October 22, 2025

Respectfully submitted,

*/s/ Benjamin J. Yood*

Benjamin J. Yood (D.C. Bar No. 1033919)
Julie Aust Welly
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
(202) 663-6000

Omar A. Khan
Jeffrey A. Dennhardt
Kelly Todd
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Attorneys for Danaher*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2025, I caused the foregoing Notice to be served upon the following via email:

Karen Jacobs
Jeremy Tigan
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N Market St. # 1600
Wilmington, DE 19801
*Attorneys for Defendant*

Betsy Flanagan
COOLEY LLP
30 S. 9th Street 7th Floor
Minneapolis, MN 55402
*Attorney for Defendant*

Adam Pivovar
Rozzi D. Upton
Dustin M. Knight
David Yun
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
*Attorneys for Defendant*

Reuben Chen
COOLEY LLP
3175 Hanover St.
Palo Alto, CA 94304
*Attorney for Defendant*

                                               */s/ Benjamin J. Yood*
                                         Benjamin J. Yood (D.C. Bar No. 1033919